UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

JOSEPH A. FERRARA, SR., FRANK H. FINKEL,
MARC HERBST, DENISE RICHARDSON, THOMAS
F. CORBETT, ANTHONY D'AQUILA, THOMAS
GESUALDI, LOUIS BISIGNANO, DOMINICK
MARROCCO, and ANTHONY PIROZZI, as Trustees
and Fiduciaries of the Local 282 Welfare Trust Fund,
the Local 282 Annuity Trust Fund, the Local 282 Job
Training Trust Fund, and the Local 282 Vacation and
Sick Leave Trust Fund,

**JUDGMENT**
CV-10-5905 (ADS)(ETB)

                    Plaintiffs,

       - against -

CMR CONTRACTING LLC, and LTU INDUSTRIES
INC. a/k/a LTU INDUSTRY INC.,

                    Defendants.

----------------------------------------------------------------------X

      An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on February 23, 2012, adopting in its entirety the January 20, 2012 Report and Recommendation of Magistrate Judge E. Thomas Boyle; awarding plaintiffs damages with respect to CMR Contracting LLC as follows: (1) $172,569.92 in unpaid employee benefit contributions; (2) $115,987.36 in interest, with additional interest to be calculated at a rate of $85.10 per day from January 20, 2012 through the date of judgment; (3) $115,987.36 in liquidated damages, with additional liquidated damages to be calculated at a rate of $85.10 per day from January 20, 2012 through the date of judgment; (4) audit fees in the amount of $700.00; (5) $9,618.00 in attorney's fees; and (6) $2,115.68 in costs, for a total monetary award of $416,978.32 plus additional interest and liquidated damages; awarding plaintiffs damages with respect to LTU Industries Inc. as follows: (1) $11,272.04 in unpaid employee benefit contributions; (2) $5,192.60 in interest, with additional interest to be calculated at a rate of $5.56 per day from January 20, 2012 through the date of judgment; (3) $5,192.60 in liquidated damages, with additional liquidated damages to

be calculated at a rate of $5.56 per day from January 20, 2012 through the date of judgment; (4) audit fees in the amount of $3,109.88; (4) $8,482.00 in attorney's fees; and (6) $2,115.68 in costs, for a total monetary award of $35,364.80, plus additional interest and liquidated damages; and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiffs and against defendants as follows: with respect to CMR Contracting LLC, (1) $172,569.92 in unpaid employee benefit contributions; (2) $115,987.36 in interest, plus additional interest in the amount of $4,084.80; (3) $115,987.36 in liquidated damages, plus additional liquidated damagesin the amount of $4,084.80; (4) audit fees in the amount of $700.00; (5) $9,618.00 in attorney's fees; and (6) $2,115.68 in costs, for a total monetary award of $425,147.92; with respect to LTU Industries Inc.: (1) $11,272.04 in unpaid employee benefit contributions; (2) $5,192.60 in interest, plus additional interest in the amount of $266.88; (3) $5,192.60 in liquidated damages, plus additional liquidated damages in the amount of $266.88; (4) audit fees in the amount of $3,109.88; (4) $8,482.00 in attorney's fees; and (6) $2,115.68 in costs, for a total monetary award of $35,898.56; and that this case is hereby closed.

Dated: Central Islip, New York
       March 7, 2012

                                  DOUGLAS C. PALMER
                                  CLERK OF THE COURT

                      By:    /s/ Catherine Vukovich
                            Deputy Clerk